IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

MARY BUCHANAN,

        Plaintiff,

v.

KILOLO KIJAKAZI,

        Defendant.

3:17-CV-00188
(JUDGE MARIANI)

FILED
SCRANTON

AUG 26 2021

PER _____
DEPUTY CLERK

## ORDER

AND NOW, THIS 26th DAY OF AUGUST 2021, upon *de novo* review of Magistrate Judge Saporito's Report and Recommendation ("R&R") (Doc. 17), Defendant's Objections thereto (Doc. 18), and all other relevant documents, **IT IS HEREBY ORDERED THAT:**

1. The R&R (Doc. 17) is **ADOPTED** for the reasons set forth in this Court's accompanying Memorandum Opinion.

2. Defendant's Objections (Doc. 18) are **OVERRULED** for the reasons set forth in this Court's accompanying Memorandum Opinion.

3. The Commissioner of Social Security's decision is **VACATED**.

4. The above-captioned matter is **REMANDED** to the Commissioner pursuant to 42 U.S.C. § 405(g) for further proceedings consistent with this Order.

5. The Clerk of Court is directed to **CLOSE** this case.

Robert D. Mariani
United States District Judge